SEPTEMBER 28, 2011

No. 11–226.  REYNOLDS v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari dismissed under this Court's Rule 46.1.

No. 11–6029 (11A229).  VALLE v. FLORIDA.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Motion of Bar Human Rights Committee of England and Wales et al. for leave to file a brief as *amici curiae* granted  Certiorari denied.

JUSTICE BREYER, dissenting from denial of stay.

The State of Florida seeks to execute Manuel Valle for a crime for which he was initially sentenced to death more than 33 years ago.  Valle asks us to consider whether that execution following decades of incarceration on death row violates the Constitution's prohibition of "cruel and unusual punishments."  U. S. Const., Amdt. 8.  I would consider the claim.  See *Lackey* v. *Texas*, 514 U. S. 1045 (1995) (Stevens, J., respecting denial of certiorari); *Knight* v. *Florida*, 528 U. S. 990, 993 (1999) (BREYER, J., dissenting from denial of certiorari).

I have little doubt about the cruelty of so long a period of incarceration under sentence of death.  In *Lackey* and in *Knight* Justice Stevens and I referred to the legal sources, in addition to studies of attempted suicides, that buttress the commonsense conclusion that 33 years in prison under threat of execution is cruel.  See *In re Medley*, 134 U. S. 160, 172 (1890) (describing as "horrible" the "feelings" that accompany uncertainty about whether, or when, the execution will take place); *Solesbee* v. *Balkcom*, 339 U. S. 9, 14 (1950) (Frankfurter, J., dissenting) ("In the history of murder, the onset of insanity while awaiting execution of a death sentence is not a rare phenomenon"); Strafer, Volunteering for Execution, 74 J. Crim. L. & C. 860, 872, n. 44 (1983) (a study of Florida inmates showed that 35% of those confined on death row attempted suicide; 42% seriously considered suicide); *id.*, at 869–871 ("Recent studies and law suits document both the barbaric conditions pervading death rows and the debilitating and life-negating effects of these conditions").